UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUGLAS SCOTT MEYER                                                                                    PLAINTIFF

v.                                           No. 5:22-cv-5203

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

**OPINION AND ORDER**

This is an appeal by Douglas Scott Meyer from a Social Security Administration ("SSA") Administrative Law Judge's ("ALJ") decision to deny his application for disability insurance benefits. *See* Doc. 2. The case was referred to United States Magistrate Judge Christy Comstock for the purpose of making a report and recommendation ("R&R") under 28 U.S.C. § 636(b)(1) and (3). The Magistrate Judge issued her R&R (Doc. 17) on October 30, 2023, recommending that the decision of the ALJ be reversed and remanded. The SSA Commissioner filed a timely objection (Doc. 20) to the R&R.

The Commissioner does not object to the underlying recommendation of reversal and remand for further factfinding. However, the Commissioner objects to one particular aspect of that recommendation, namely, that the ALJ be directed on remand to "'address interrogatories to a qualified doctor requesting that said physician review all of Plaintiff's medical records' to determine Plaintiff's RFC for the relevant period." *See* Doc. 20, p. 1 (quoting Doc. 17, p. 6). The Commissioner argues that this instruction would unnecessarily constrain the ALJ's discretion on remand to develop the record as he sees fit. Although the Court agrees with the Magistrate Judge's conclusions regarding the deficiencies in the ALJ's findings, the Court also acknowledges that on remand the ALJ might possibly "obtain additional evidence that ultimately makes a medical opinion unnecessary." *See* Doc. 20, p. 6. Accordingly, the Court will decline to adopt that

1

particular component of the Magistrate Judge's report and recommendation, although it may ultimately be necessary for the ALJ to follow the Magistrate Judge's guidance on that point in order to adequately develop the record on remand.

IT IS THEREFORE ORDERED that the Commissioner's objection is SUSTAINED. The Magistrate Judge's R&R is ADOPTED IN PART as to reversal and remand, and MODIFIED IN PART as to developing the record on remand. The decision of the ALJ is REVERSED and the case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the recommendations set forth in the R&R and within this decision.

IT IS SO ORDERED this 5th day of December, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE